# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN OHEB MD, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-08478-JWH-RAOx<br><br>**JUDGMENT** |

Pursuant to the Order on Motion of Defendant Travelers Casualty Insurance Company of America to Dismiss [ECF No. 33] filed on or about December 30, 2020,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant Travelers Casualty Insurance Company of America shall have **JUDGMENT** in its favor, and Plaintiff Jonathan Oheb MD, Inc. shall take nothing.

2. This action is **DISMISSED** on the merits.

3. Fictitiously named Defendants Does 1 through 25 are **DISMISSED**.

4. To the extent that any party seeks any other form of relief, it is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 15, 2012

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE